UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODOLFO CORDERO,<br><br>　　　　　Defendants. | Case No.:   3:21-CR-929-JLS<br><br>Order Granting Joint Motion to Withdraw Plea of Guilty and Continuing Sentencing with PSR Hearing |

Good cause appearing, the Court grants the Joint Motion to Withdraw Plea of Guilty and continues the Sentencing with PSR Hearing from September 17, 2021 to November 12, 2021 at 9:00 am. Pursuant to the Speedy Trial Act the time period from September 17, 2021, to November 12, 2021, inclusive, is excluded.

So ordered.

Dated: August 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge